395 A.2d 988

Kraese v. Thomas Regusa Hauling Co., Inc., Appellant.

Argued September 11, 1978. John T. Quinn, with him McEldrew, Hanamirian, Quinn & D'Amico, for appellant; Oscar S. Schermer, for appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment affirmed.